IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JASON PETERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 11-3025 |
| | ) |
| SANGAMON COUNTY, | ) |
| NEIL WILLIAMSON, and | ) |
| DERRIC MILLER, | ) |
| | ) |
| Defendants. | ) |

OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

This matter is before the Court on the Report and Recommendation (d/e 15) entered by Magistrate Judge Byron G. Cudmore on May 30, 2012, recommending that this Court dismiss with prejudice Plaintiff's Complaint (d/e 1) for want of prosecution. Neither party filed an objection to the Report and Recommendation within fourteen (14) days of the entry of the Report and Recommendation. See 28 U.S.C. § 636(b)(1). Thus, this Court accepts the Report and

Recommendation. See Schur v. L.A. Weight Loss Centers, Inc., 577 F.3d 752, 760 (7th Cir. 2009) ("If no party objects to the magistrate judge's action, the district judge may simply accept it.")

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (d/e 15) is ACCEPTED by this Court;

(2) Plaintiff's Complaint (d/e 1) is DISMISSED WITH PREJUDICE for want of prosecution.

IT IS SO ORDERED.

ENTERED: June 19, 2012

FOR THE COURT:

          s/ Sue E. Myerscough
          SUE E. MYERSCOUGH
        UNITED STATE DISTRICT JUDGE